FILED
2013 MAY -2  PM 2: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MARIA GUERRERO,  Defendant. | No. 12CR4462-BEN  ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL TO LAS VEGAS, NEVADA |

It is hereby ordered that the conditions of Ms. Guerrero's pre-trial release in this case be amended to allow her to travel to Las Vegas, Nevada, between the dates of May 3-5, 2013.

Dated: 5-1-13

NITA L. STORMES
United States Magistrate Judge